# United States Court of Appeals for the Federal Circuit

---

**ROY LYNN MCCUTCHEN, PADUCAH SHOOTER'S SUPPLY, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2020-1188

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01965-EDK, Judge Elaine Kaplan.

---

### MANDATE

---

In accordance with the judgment of this Court, entered October 1, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 9, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court